No. 93–9531. BITTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9532. CAMPBELL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–9533. GARCIA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9534. BROWN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9535. BAINES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9536. CLARK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9537. BRYANT v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–9539. MCLAURIN v. COWHEY ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–9540. ALLEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9541. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9542. WASHINGTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–9543. SCHINDLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9544. STEWART v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9545. WEBBER v. FRANKLIN COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari before judgment denied.

No. 93–9546. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9547. FAULKNER v. MAKEL, WARDEN. C. A. 6th Cir. Certiorari denied.